UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SANDRA GARCIA, et al.,
                Plaintiff(s)

      -against-

ISSACHAR IBRAHIM, et al,
                Defendant(s).
------------------------------------------------------------X

23 civ 7378 (JGK)

## ORDER

The parties shall submit a Rule 26(f) report by **January 5, 2024.**

The conference scheduled for December 14, 2023 is canceled.

**SO ORDERED.**

                                                **JOHN G. KOELTL**
                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       December 7, 2023