UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANDRA GARCIA, ET AL.,

        Plaintiffs,

- against -

ISSACHAR IBRAHIM, ET AL.,

        Defendants.

23-cv-7378 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **December 21, 2023**, at **10:30 a.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
             December 19, 2023

                                             John G. Koeltl
                               United States District Judge