LAW OFFICES OF
# *JOSHUA BRIAN IRWIN, P.C.*

Email: jbilawny@gmail.com

| *Manhattan Office:* | *Brooklyn Office:* |
|---|---|
| 325 Broadway, Suite 401 | 1111 Avenue U, 3rd Floor |
| New York, NY 10007 | Brooklyn, NY 11223 |
| Tel: (212)406-2000 | Tel: (718)449-7491 |
| Fax: (212)406-2001 | Fax: (718)449-7493 |

Joshua Brian Irwin, Esq.

Please Respond to:
☐ Manhattan Office
☐ Brooklyn Office

*Of Counsel:*
Adam J. Roth, Esq.
Leah Zahava Shedlo, Esq.
Anthony LaTrace, Esq.
Jessica C. Villalobos, Esq.
Dayton P. Haigney, Esq.
Avi Caspi, Esq.
Peter Ginsberg, Esq.

**VIA ECF ONLY**                                        December 19th, 2023
The Hon. John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:   Request for adjournment of telephone conference in matter of Fernando Perez and Sandra Garcia v. Issachar Ibrahim and Motherland Logistics, LLC**
           **Docket No.: 1:23-CV-07378**

Dear Hon. Judge Koeltl,

    This firm represents Plaintiff Sandra Garcia in the above-captioned matter. Counsel for all parties are in receipt of this Court's Order directing Counsel to appear telephonically on Thursday, December 21st, 2023, at 10:30 a.m. in regard to my letter requesting permission to move to remand this matter to New York State Supreme Court, Bronx County. Unfortunately on Thursday, December 21st, 2023, at 10:30 a.m. I will be on a flight and unavailable to participate in the telephone conference. As such, I am requesting that the telephone conference be moved to later in the day, after 2:00 p.m. or moved to another day this week or the following week. I have conferred with Co-Plaintiff's Counsel and Defense Counsel and they consent to this application. I respectfully thank the Court for considering my request.

                              Respectfully submitted,

                              *Joshua Brian Irwin*
                              Joshua Brian Irwin, Esq. (JI-2756)

*[Handwritten:]* Conference adjourned to Thursday, 12/21/23 at 4:00 p.m. So ordered.
12/19/23
[signature] /s/ John G. Koeltl
U.S.D.J.