UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANDRA GARCIA, ET AL.,

                Plaintiffs,

    - against -

ISSACHAR IBRAHIM, ET AL.,

                Defendants.

23-cv-7378 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiffs are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to remand to state court. ECF No. 21.

SO ORDERED.

Dated:    New York, New York
            February 7, 2024

                                                  /s/ John G. Koeltl
                                                    John G. Koeltl
                                         United States District Judge