```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

SANDRA GARCIA, ET AL.,

              Plaintiffs,

- against -

ISSACHAR IBRAHIM, ET AL.,

              Defendants.

23-cv-7378 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, in-person, for a hearing on the pending motion to remand on **Thursday, March 28, 2024**, at 4:00 p.m.

SO ORDERED.

Dated:    New York, New York
            February 22, 2024

                                          _____
                                              John G. Koeltl
                                        United States District Judge