UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――

SANDRA GARCIA, ET AL.,

                Plaintiffs,

- against -

ISSACHAR IBRAHIM, ET AL.,

                Defendants.
―――――――――――――――――――――――――――

23-cv-7378 (JGK)

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

    For the reasons stated on the record today, the plaintiffs' motions to remand are **denied**. The Clerk is directed to close ECF Nos. 21, 24.

SO ORDERED.

Dated:    New York, New York
           March 28, 2024

                                        _____
                                          John G. Koeltl
                                    United States District Judge