```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

SANDRA GARCIA, ET AL.,

                    Plaintiffs,

        - against -

ISSACHAR IBRAHIM, ET AL.,

                    Defendants.

23-cv-7378 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiffs are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motions to remand to state court. ECF Nos. 34, 36.

SO ORDERED.

Dated:    New York, New York
          June 10, 2024

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                 United States District Judge