UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                     :

SANDRA GARCIA and FERNANDO PEREZ,       :

                      Plaintiffs,                  :

                                        :              23-CV-07378 (JAV)
            -v-                  :

                                        :              <u>ORDER</u>

ISSACHAR IBRAHIM and MOTHERLAND         :
LOGISTICS LLC,                                           :

                        Defendants.               :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       On January 21, 2025, Defendants filed a motion to compel non-party Westchester Radiology & Imaging P.C. ("Westchester Radiology") to comply with a subpoena (the "Subpoena") served on Westchester Radiology on January 9, 2025, that had a return date of January 14, 2025. *See* ECF No. 54. The Court has reviewed the motion and supporting papers, and finds that the Subpoena was properly signed, had the aforementioned return date, specified the items to be produced, and was properly served on January 9, 2025. The Court has further determined that the discovery sought is relevant and proportional to the needs of the case.

       Accordingly, Defendants' motion to compel Westchester Radiology to comply with the Subpoena is GRANTED. Westchester Radiology shall fully comply with the Subpoena by **February 3, 2025**. By January 27, 2025, Defendants shall serve a copy of this order by email to Westchester Radiology by email and via overnight mail, and shall file proof of service of same by January 29, 2025.

The Clerk of Court is directed to terminate the motion at ECF No. 54.

SO ORDERED.

Dated: January 23, 2025
      New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge