LAW EOFFICS OF
# JOSHUA BRIAN IRWIN, P.C.

Email: office@jbilawny.com

325 Broadway, Suite 401
New York, NY 10007
Tel: (212)406-2000
Fax: (212)406-2001

Joshua Brian Irwin, Esq.

*Of Counsel:*
Leah Zahava Shedlo, Esq.
Anthony LaTrace, Esq.
Jessica C. Villalobos, Esq.
Dayton P. Haigney, Esq.
Peter Ginsberg, Esq.
Karen E. Cigna, Esq.

**MEMO ENDORSED**

February 10th, 2025

**VIA ECF**
The Honorable Jeannette A. Vargas
United States District Court Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: Show Cause Hearing in the matter of *Perez, et al v. Ibrahim, et al.* Case No.: 1: 23-cv-07378-JAV

Dear Judge Vargas,

    I represent Plaintiff Sandra Garcia in the within matter. I am writing regarding the Show Cause hearing scheduled in this matter for Wednesday, February 12th, 2025, at 2:30 p.m. As the Court is aware, this Show Cause hearing relates to the failure of a non-party to comply with a subpoena served by Defense Counsel for Co-Plaintiff's medical imaging. The Show Cause hearing relates in no way to my client. As such, I am writing to request that the Court waive appearance by my office at said hearing. Thank you in advance for taking the time to consider my request.

Sincerely,

*Joshua Brian Irwin*
Joshua Brian Irwin, Esq., (JI-2756)

Plaintiff's request that the Court waive Plaintiff's Counsel's appearance at Wednesday's Show Cause hearing is **GRANTED**. The Clerk of the Court is directed to terminate ECF No. 61.

Date: 02/10/2025

SO ORDERED.

*Jeannette Vargas*
HON. JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE