# GALLO VITUCCI KLAR LLP

WWW.GVLAW.COM

Nadine Ibrahim
Associate
90 Broad Street, 12th Floor
New York, New York 10004
nibrahim@gvlaw.com
732-575-8061

February 11, 2025

**Via ECF**

The Honorable Judge Jeannette A. Vargas
United States District Court Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

**MEMO ENDORSED**

Re:   Letter Motion to Compel in the matter of <u>Perez, et al v. Ibrahim, et al.</u>
      Case No.: 1: 23-cv-07378

Honorable Vargas,

This firm represents defendants in this matter. Defendants write to respectfully inform the Court that Westchester Radiology & Imaging P.C. ("Westchester Radiology") has reached out to the undersigned office in response to the Order to Show Cause. The undersigned spoke with the manager, Oliver Tsesis, who provided proof of mailing of the MRI films today via overnight mail. Defendants anticipate receiving the MRI films by the end of the week.

As such, Defendants respectfully request adjournment of the Order to Show Cause hearing scheduled for tomorrow and a 30-day extension of the expert discovery deadline to allow Defendant's expert to review the films.

Defendants thank you for your time and consideration to this matter.

Respectfully submitted,

*Nadine Ibrahim*

Nadine Ibrahim

---

Defendants' request to adjourn the show cause hearing on February 12, 2025, is **GRANTED**. It is **FURTHER ORDERED** that Defendants' request for a 30-day extension of the expert discovery deadline is **GRANTED**. The Clerk of the Court is directed to terminate ECF No. 64 and 65.

Date: 02/11/2025

SO ORDERED.

*Jeannette Vargas*

HON. JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE

Manhattan (Downtown) 90 Broad Street, 12th Floor, New York, NY 10004   Manhattan (Midtown) 630 3rd Ave, 3rd Floor, New York, NY 10017
Westchester 3 West Main Street, Suite 302, Irvington, NY 10533   Long Island 100 Crossways Park West, Suite 305, Woodbury, NY 11797
New Jersey 3 University Plaza, Suite 402, Hackensack, NJ 07601